|  FILED   | ___ LODGED |
|---|---|
| ___ RECEIVED | ___ COPY |

NOV 2 5 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
                              DEPUTY

AO 91(Rev.5/85) Criminal Complaint

# United States District Court

**DISTRICT OF**            <u>ARIZONA</u>

UNITED STATES OF AMERICA
V.
MARTIN DELAROSA GONZALEZ JR

**CRIMINAL COMPLAINT**

CASE NUMBER:
08-04354M-001-PCT-MEA

    I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

    On or about November 2, 2008, in the District of Arizona, the defendant, MARTIN DELAROSA GONZALEZ JR., did knowingly travel in interstate or foreign commerce from the State of Arizona to avoid arrest for crimes which are felonies in the State of Arizona, in violation of Title 18 United States Code, Section 1073.

I further state that I am a Deputy with the United States Marshals Service and that this complaint is based on

the following facts:

**See attached affidavit incorporated by reference herein:**

Continued on the attached sheet and made a part hereof: ☒Yes ☐No
Authorized by:

                                            *Signature of Complainant*
                                            Bill Noble, Deputy U.S. Marshal

Camille Bibles, Assistance U.S. Attorney
Sworn to before me and subscribed in my presence,

November 25, 2008                  at   Flagstaff, Arizona
*Date*                                   *City and State*
<u>Mark A. Aspey U.S. Magistrate</u>
*Name & Title of Judicial Officer*                *Signature of Judicial Officer*

1

## AFFIDAVIT

I, Bill Noble, being duly sworn, hereby depose and say:

1. I, Bill Noble, am a Deputy United States Marshal in the District of Arizona, assigned to the United States Marshals Service ("USMS") AZWANTED Fugitive Task Force, which is charged with locating and apprehending state, local and federal fugitives from justice. I have been so employed for approximately sixteen (16) years.

2. This affidavit is made in support of a criminal complaint for MARTIN DELAROSA GONZALEZ JR., for Unlawful Flight to Avoid Prosecution in violation of Title 18, United States Code, Section 1073. The information contained herein is based on conversations I have had with other law enforcement officers as well as my review of various investigative information by the Holbrook Police Department.

3. On November 05, 2008, I spoke with Holbrook Police Department SGT. Detective Tim Dixon, who works in the Investigative/Detective Unit. He told me the following information:

    a. On or about November 02, 2008, MARTIN GONZALEZ JR. was involved in an altercation with multiple subjects at a party in Holbrook, Arizona. Following the altercation, GONZALEZ JR., left the residence and then returned a short time later. When GONZALEZ Jr., returned, he shot and killed Ulatramese Stingley, then shot and wounded Michael Baldonado, Sonja Baldonado and Allison Pagan. Warrants were issued by the Holbrook Justice Court for the arrest of MARTIN DELAROSA GONZALEZ JR., for a complaint charging one count of 1st Degree Murder, three counts of attempted 1st Degree Murder and Aggravated Assault with a Deadly Weapon.

    b. Following the shooting, GONZALEZ Jr., fled the Holbrook, AZ area in a Brown Ford F-150 Truck with Texas Plate 77LFK8. On November 19, 2008, this same vehicle was located

outside of the State of Arizona in Laguna, New Mexico by the Laguna Police Department. Inside this vehicle, an Identification Card in the name of fugitive MARTIN GONZALEZ JR., was found. This vehicle is registered to fugitive MARTIN GONZALEZ and his spouse Perla Gonzalez an address in San Benito, Texas.

4. Based on the information set forth above, the amount of time that has lapsed since the shooting, and the fact that all searches have not provided any evidence that GONZALEZ JR., has remained in Arizona, I believe there is probable cause for the issuance of an arrest warrant for violation of Title 18, United States Code, Section 1073, to wit: Unlawful Flight to Avoid Prosecution.

The above affidavit does not contain all the facts known to me, only those facts determined to be necessary to show probable cause.

_____
Bill Noble Deputy U.S. Marshal
District of Arizona

Subscribed and sworn to before me
on this 25TH day of November 25, 2008

_____
Mark E. Aspey
UNITED STATES MAGISTRATE JUDGE